UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GLORIA SANDIFORD,

    Plaintiff,

vs.                                            Case No. 3:05-cv-1174-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.

### O R D E R

This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #19; Petition), filed November 1, 2006. It is represented Defendant has no objection to the amount sought in the Petition. Petition ¶ 6.

A total of 19.25 hours were expended in the representation of Plaintiff before the Court in 2005 and 2006. *See id.* ¶ 8; Itemization of Time Social Security Claim, attached to the Petition as Exhibit A. Plaintiff seeks a total payment of $2,911.56 in fees. Petition ¶ 9. This is based on an hourly rate of $151.25. *Id.* ¶ 7.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $2,911.56 in attorney fees.[1]

Accordingly, the Petition (Doc. #19) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,911.56.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of November, 2006.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    pro se parties, if any

---

[1] The Court notes the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living. *See id.* § 2412(d)(2)(A). For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited November 2, 2006).